UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. RIVAS, G19005,<br><br>Petitioner,<br><br>v.<br><br>CDCR,<br><br>Respondent. | Case No. 18-cv-04129-CRB (PR)<br><br>**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS**<br><br>(ECF No. 7) |

Petitioner Daniel J. Rivas, a prisoner at the California Substance Abuse Treatment Facility (CSATF) in Corcoran, California, has filed a <u>pro se</u> petition for a writ of habeas corpus under 28 U.S.C. § 2254 alleging improper mail interference at CSATF. He also seeks leave to proceed <u>in forma pauperis</u> (IFP) under 28 U.S.C. § 1915.

Based solely on his affidavit of poverty, petitioner's motion for leave to proceed IFP (ECF No. 7) is GRANTED. But the petition for a writ of habeas corpus is DISMISSED without prejudice to filing a civil rights action under 42 U.S.C. § 1983 because it is well established in the Ninth Circuit that habeas jurisdiction is absent, and a § 1983 action proper, where, as here, a successful challenge to a prison condition or event will not necessarily shorten the prisoner's sentence. <u>See</u> <u>Ramirez v. Galaza</u>, 334 F.3d 850, 859 (9th Cir. 2003); <u>see also</u> <u>Nettles v. Grounds</u>, 830 F.3d 922, 931 (9th Cir. 2016) (en banc) (if claim does not lie at the 'core of habeas corpus,' it may not be brought in habeas corpus but must be brought, if at all, under § 1983). Petitioner is free to file a civil rights action under § 1983 in the United States District Court for the Eastern District of California, in whose venue CSATF lies.

The clerk shall close the file and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: July 30, 2018

_____
CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. RIVAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CDCR,<br><br>　　　　Defendant. | Case No. 3:18-cv-04129-CRB<br><br>**CERTIFICATE OF SERVICE** |

　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　That on July 30, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel J. Rivas ID: G-19005
CSATF State Prison
P.O. Box 5248
A3-8-2L
Corcoran, CA 93212


Dated: July 30, 2018

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By:____/s/ L. Scott_____
　　　　　　　　　　　　　　　　　　　　Lashanda Scott, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable CHARLES R. BREYER